# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | | |
|---|---|---|
| Edward S. Danks, Sr. and Georgianna Danks, | ) ) ) | |
| Plaintiffs, | ) ) | **ORDER RE ADMISSION PRO HAC VICE** |
| vs. | ) ) | |
| White Butte Oil Operations, LLC, et. al., | ) ) | Case No. 4:14-cv-155 |
| Defendants. | ) | |

Before the court are motion for attorneys Robert S. Thompson III and Robert S. Thompson IV to appear *pro hac vice* on behalf of Defendant White Butte Oil Operations, LLC. In accordance with D.N.D. Gen. L.R. 1.3(D), attorneys Robert S. Thompson III and Robert S. Thompson IV have affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. They have also paid the required admission fees to the office of the Clerk. Accordingly, the motions (Docket Nos. 7 and 8) are **GRANTED**. Attorneys Robert S. Thompson III and Robert S. Thompson IV are admitted to practice before this court in the above-entitled action on behalf of Defendant White Butte Oil Operations, LLC.

**IT IS SO ORDERED.**

Dated this 15th day of December, 2014.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge